**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHRISTOPHER S. ENRIGHT,

    Plaintiff,

v.                                            Case No. 8:05-cv-471-T-30MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

    Plaintiff seeks judicial review of the denial of his claims for Social Security disability benefits and supplemental security income payments. This matter was considered by the United States Magistrate Judge, pursuant to a standing order, who has filed his report (Dkt. 24) recommending the decision of the Commissioner be affirmed. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed Objections (Dkt. 28), and the Commissioner filed a response (Dkt. 29) thereto. Upon consideration of the Report and Recommendation of the Magistrate Judge and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted and the objections overruled.

It is thereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 24) is adopted and incorporated by reference in this Order of the Court.

2. The decision of the Commissioner is **AFFIRMED**.

3. Plaintiff's Objections (Dkt. 28) are **OVERRULED**.

4. The Clerk is directed to enter judgment in favor of the Commissioner and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-471 - Adopt RR- Social Security.frm